UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CASE NO. 3:13-CV-00056-GFVT
*Electronically Filed*

MARY LONG                                                                                             PLAINTIFF

v.

WAL-MART STORES EAST, LP                                                DEFENDANT

**ORDER ON DEFENDANT'S MOTION TO STRIKE TESTIMONY
AND OPINIONS OF PLAINTIFF'S VOCATIONAL EXPERT LINDA JONES**

Upon the Motion of Defendant, Walmart Stores East, LP, and the Court having reviewed the record and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED and the testimony of Plaintiff's vocational expert, Linda Jones, is EXCLUDED from the trial of this matter.